IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID BRIAN MORGAN, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-17-797-R ) |
| CARL BEAR, Warden, | ) ) |
| Respondent. | ) |

## ORDER

Plaintiff filed this amended pro se petition pursuant to 28 U.S.C. § 2241 for relief from his state court conviction. Doc. 10. The Court referred the matter to Magistrate Judge Charles B. Goodwin for review consistent with 28 U.S.C. §§ 636(b)(1)(B), 636(b)(3) and Fed. R. Civ. P. 72(b). Doc. 6. On April 13, 2018, Judge Goodwin issued a Report and Recommendation wherein he recommended that the action be dismissed without prejudice. Doc. 21. The record reflects that neither party has filed an objection to the Report and Recommendation or motion for additional time in which to object, and the time for such objections has run. Accordingly, the Report and Recommendation (Doc. 21) is hereby ADOPTED and the petition is DISMISSED WITHOUT PREJUDICE. Further, Plaintiff's Motion for Order (Doc. 20) is DENIED AS MOOT.

IT IS SO ORDERED this 14th day of May, 2018.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE